THE PEOPLE, *ex rel.* KNAPP, *against* THE JUDGES OF THE COURT OF COMMON PLEAS OF THE COUNTY OF WESTCHESTER.

THE defendants not having yet made return to the alternative mandamus issued in this cause, for which purpose time was given them at the last term, (vid. ante, 73, S. C.)

*Jas. Smith,* now moved for a peremptory mandamus.

*E. Williams,* contra, said the Judges could make no return till they were possessed of the writ itself; and he read affidavits that this had not been furnished. They deemed this essential.

*Curia.* The Judges did not understand the purpose for which we made the rule giving time at the last term. We considered the alternative mandamus in the nature of a rule to show cause; that it might be served by showing the original, and delivering a copy in vacation. It follows, that the Judges might have made a return without the writ. We give them to the next term, at which time they are to make a return. The relator must then file the original writ.

Rule accordingly.

*Alternative mandamus to the judges of the C. P. is in nature of a rule to show cause, may be served in vacation by showing the original and delivering a copy, the judges should return without waiting to receive the writ, and the relator should cause this to be filed.*